IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JAMES W. COBB,

     Appellant,

v.

ANNE PETERSON, PERSONAL
REPRESENTATIVE FOR THE
ESTATE OF JOHN RANDALL
COBB, DECEASED,

     Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-3670

_____/

Opinion filed January 21, 2015.

An appeal from the Circuit Court for Bay County.
Elijah Smiley, Judge.

Max W. McCord, III, Panama City, for Appellant.

Steven L. Applebaum of Law Office of Brian D. Hess, Panama City; and Mitch Dever, Panama City Beach, for Appellee.

PER CURIAM.

     AFFIRMED.

THOMAS, ROWE, and OSTERHAUS, JJ., CONCUR.